**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SANDS CORP., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN REGISTRANTS OF, WWW.368.COM, WWW.VNS000.COM, WWW.VNS002.COM, WWW.VNS003.COM, WWW.VNS004.COM, WWW.VNS005.COM, WWW.VNS.006.COM, WWW.VNS007.COM, WWW.VNS008.COM, WWW.VNS009.COM, WWW.VN008.COM, WWW.666CP.COM, WWW.XJS00.COM, WWW.XJS11.COM, WWW.XJS22.COM, WWW.XJS33.COM, WWW.XJS44.COM, WWW.XJS55.COM, WWW.XJS66.COM, WWW.XJS77.COM, WWW.XJS88.COM, WWW.XJS99.COM, WWW.8227.COM, WWW.970.COM, WWW.VNS95500.COM, WWW.VNS95511.COM, WWW.VNS95522.COM, WWW.VNS95533.COM, WWW.VNS95544.COM, WWW.VNS95555.COM, WWW.VNS95566.COM, WWW.VNS95577.COM, WWW.VNS95588.COM, WWW.95599.COM, AND WWW.22V.COM,<br><br>　　　　Defendants. | Case No. 2:14-cv-01049-JCM-VCF<br><br>**FINAL JUDGMENT BY DEFAULT AND PERMANENT INJUNCTION** |

The Clerk of the Court having entered the default of Defendants Unknown Registrants of www.368.com, www.vns000.com, www.vns002.com, www.vns003.com, www.vns004.com, www.vns005.com, www.vns006.com, www.vns007.com, www.vns008.com, www.vns009.com, www.vn008.com, www.666cp.com, www.xjs00.com, www.xjs11.com, www.xjs22.com, www.xjs33.com, www.xjs44.com, www.xjs55.com, www.xjs66.com, www.xjs77.com, www.xjs88.com, www.xjs99.com, www.8227.com, www.9770.com, www.vns95500.com, www.vns95511.com, www.vns95522.com, www.vns95533.com, www.vns95544.com, www.vns95555.com, www.vns95566.com, www.vns95577.com, www.vns95588.com, www.vns95599.com, and www.22v.com ("Defendants" and/or "Domains"), Plaintiff Las Vegas

Sands Corp. ("Plaintiff") having moved the Court for entry of a final judgment by default against Defendants, and the Court having considered Plaintiff's motion, the accompanying memorandum of points and authorities, the papers and pleadings on file in this case, and for good cause shown, the Court hereby **FINDS** as follows:

1. Plaintiff has alleged meritorious claims for trademark counterfeiting, trademark infringement, and trademark dilution claims.

2. Las Vegas Sands Corp. will suffer irreparable injury to its valuable trademarks and associated goodwill if the Defendants are not enjoined;

3. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill.

4. The balance of hardships favors Plaintiff.

5. Entry of a permanent injunction is in the public interest.

**NOW THEREFORE**, it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall take judgment against Defendant, and further that:

A. Pursuant to 15 U.S.C. § 1117(a)-(c), Defendants are ordered to pay to Plaintiff statutory damages in the amount of $2,000,000;

B. Pursuant to 15 U.S.C. § 1116, Defendants and their respective officers, agents, servants, employees, attorneys, and all persons, corporations, business entities, and other associations of persons who are in active concert or participation with Defendants (the "Restrained Parties"), are hereby permanently enjoined and restrained from:

1. Using the SANDS Marks, "Jinsha," or the Venetian Design Marks, or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter string, phrases or designs in commerce, including, without limitation, on any website, in any domain name, in any social network user name, in any hidden website text, or in any website metatag; and

2. Engaging in false or misleading advertising or commercial activities likely to deceive consumers into believing that any Defendant is the Plaintiff or that any

1  Defendant's services are associated or affiliated with, connected to, or approved
2  sponsored by the Plaintiff ; and

3  **IT IS HEREBY FURTHER ORDERED THAT:**

4  A.  15 U.S.C. § 1125(d)(1)(C), Domain name registrars eNom, Inc., Name.com, Inc., GoDaddy.com, Inc., (the domain name registrars) and VeriSign, Inc. (the .com domain name registry) are hereby ordered to immediately remove or disable the domain name server information for the: www.368.com, www.vns000.com, www.vns002.com, www.vns003.com, www.vns004.com, www.vns005.com, www.vns006.com, www.vns007.com, www.vns008.com, www.vns009.com, www.vn008.com, www.666cp.com, www.xjs00.com, www.xjs11.com, www.xjs22.com, www.xjs33.com, www.xjs44.com, www.xjs55.com, www.xjs66.com, www.xjs77.com, www.xjs88.com, www.xjs99.com, www.8227.com, www.9770.com, www.vns95500.com, www.vns95511.com, www.vns95522.com, www.vns95533.com, www.vns95544.com, www.vns95555.com, www.vns95566.com, www.vns95577.com, www.vns95588.com, www.vns95599.com and www.22v.com domains.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _ January 13, 2015